UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FIREMAN'S FUND INSURANCE COMPANY
a/s/o KITTAMOR INTERNATIONAL, INC.

       Plaintiff,

  - against -

M/V WAN HAI 313, her engines, boilers, tackle,
furniture, apparel, etc. *in rem*; WAN HAI LINES
(SINGAPORE) PTE. LTD., WAN HAI LINES LTD.,
and AT CONTAINER LINE LTD., *in personam*,

       Defendants.
------------------------------------------------------------X

08 Civ.

**FRCP RULE 7.1
DISCLOSURE STATEMENT**



08 CV 03300
JUDGE SWAIN

RECEIVED
APR 02 2008
U.S.D.C. S.D. N.Y.
CASHIERS

NOW comes plaintiff, FIREMAN'S FUND INSURANCE COMPANY a/s/o KITTAMOR INTERNATIONAL, INC., and submits in duplicate its Disclosure Statement pursuant to F.R. Civ. P., Rule 7.1.

ALLIANZ (NYSE: AZ) is the publicly traded parent company of FIREMAN'S FUND INSURANCE COMPANY. KITTAMOR INTERNATIONAL, INC. is not a publicly traded company.

Dated: New York, New York
      April 2, 2008
      299-546

                        CASEY & BARNETT, LLC
                        Attorneys for Plaintiff

               By: _____
                   Martin F. Casey (MFC-1415)
                   317 Madison Avenue, 21st Floor
                   New York, NY 10017
                   (212) 286-0225