Swain, S.

Martin F. Casey, Esq. (MFC -1415)
**CASEY & BARNETT, LLC**
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 16 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
FIREMAN'S FUND INSURANCE
COMPANY etc et al

      Plaintiff,

- against -

M/V WAN HAI 313 etc et al.

      Defendants.
------------------------------------------------------X

08 cv 3300 (LTS)

**NOTICE AND ORDER OF
<u>VOLUNTARY DISCONTINUANCE</u>**

The above-captioned matter having been settled,

**IT IS HEREBY NOTICED** that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntary dismissed with prejudice and without costs, no party having answered or otherwise appeared in the action.

Dated: New York, New York
      April 15, 2008

                             **CASEY & BARNETT, LLC**
                             Attorneys for Plaintiff

               By: _____
                    Martin F. Casey (MFC-1415)
                    317 Madison Avenue, 21st Floor
                    New York, New York 10017
                    (212) 286-0225

**SO ORDERED:**

_____ 4/16/08
U.S.D.J.